UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM PAUL SAVADER,

    Defendant.
_____/

Case:2:13-cr-20522
Judge: Battani, Marianne O.
MJ: Komives, Paul J.
Filed: 07-15-2013 At 02:23 PM
INFO USA V. ADAM PAUL SAVADER (DA)

VIOLATIONS:  18 U.S.C. § 2261A(2)(A),
18 U.S.C. § 875(d)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

*(Cyber Stalking – 18 U.S.C. § 2261A(2)(A))*

On or about September 30, 2012 through on or about January 17, 2013, the Defendant ADAM PAUL SAVADER, with the intent to harass and cause substantial emotional distress to M.K., used a facility of interstate or foreign commerce, specifically the internet, to engage in a course of conduct that caused substantial emotional distress to M.K., who was at that time in the Eastern District of Michigan, Southern Division, a State different from the Defendant, in violation of Title 18, United States Code, Section 2261A(2)(A).

### COUNT TWO

*(Internet Extortion – 18 U.S.C. § 875(d))*

On or about September 30, 2012 through on or about January 17, 2013, the Defendant ADAM PAUL SAVADER, knowingly transmitted in interstate and foreign commerce from

Boston, Massachusetts, and Great Neck, New York to Ann Arbor, Michigan, with intent to extort from a person a thing of value, a communication containing a threat to injure the reputation of M.K., the addressee, located in the Eastern District of Michigan, Southern Division, all in violation of Title 18, United States Code, Section 875(d).

## COUNT THREE

*(Cyber Stalking – 18 U.S.C. § 2261A(2)(A))*

On or about September 22, 2012 through on or about November 7, 2012, the Defendant ADAM PAUL SAVADER, with the intent to harass and cause substantial emotional distress to A. N., used a facility of interstate or foreign commerce, specifically, the internet, to engage in a course of conduct that caused substantial emotional distress to A. N., who was at that time in Washington, D.C., a State different from the Defendant, in violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT FOUR

*(Internet Extortion – 18 U.S.C. § 875(d))*

On or about September 22, 2012 through on or about November 7, 2012, the Defendant ADAM PAUL SAVADER, knowingly transmitted in interstate and foreign commerce from Boston, Massachusetts, and Great Neck, New York to Washington, D.C., with intent to extort from a person a thing of value, a communication containing a threat to injure the reputation of A.N., the addressee, located in Washington, D.C., all in violation of Title 18, United States Code, Section 875(d).

## COUNT FIVE

*(Cyber Stalking – 18 U.S.C. § 2261A(2)(A))*

On or about September 17, 2012 through on or about November 11, 2012, the Defendant ADAM PAUL SAVADER, with the intent to harass and cause substantial emotional distress to D.P., used a facility of interstate or foreign commerce, specifically, the internet, to engage in a course of conduct that caused substantial emotional distress to D.P., who was at that time in Washington, D.C., a State different from the Defendant, in violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT SIX

*(Internet Extortion – 18 U.S.C. § 875(d))*

On or about September 17, 2012 through on or about November 11, 2012, the Defendant ADAM PAUL SAVADER, knowingly transmitted in interstate and foreign commerce from Boston, Massachusetts, and Great Neck, New York to Washington, D.C., with intent to extort from a person a thing of value, a communication containing a threat to injure the reputation of D.P., the addressee, located in Washington, D.C., all in violation of Title 18, United States Code, Section 875(d).

## COUNT SEVEN

*(Cyber Stalking – 18 U.S.C. § 2261A(2)(A))*

On or about October 30, 2012 through on or about December 30, 2012, the Defendant ADAM PAUL SAVADER, with the intent to harass and cause substantial emotional distress to A.C., used a facility of interstate or foreign commerce, specifically, the internet, to engage in a course of conduct that caused substantial emotional distress to A.C., who was at that time in

Washington, D.C., a State different from the Defendant, in violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT EIGHT

*(Internet Extortion – 18 U.S.C. § 875(d))*

On or about October 30, 2012 through on or about December 30, 2012, the Defendant ADAM PAUL SAVADER, knowingly transmitted in interstate and foreign commerce from Boston, Massachusetts, and Great Neck, New York to Washington, D.C., with intent to extort from a person a thing of value, a communication containing a threat to injure the reputation of A.C., the addressee, located in Washington, D.C., all in violation of Title 18, United States Code, Section 875(d).

BARBARA L. MCQUADE
UNITED STATES ATTORNEY

*/s Mollie E. O'Rourke*
MOLLIE O'ROURKE
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Phone: 313-226-9137
E-Mail: mollie.orourke@usdoj.gov

BARBARA L. MCQUADE
UNITED STATES ATTORNEY

*/s Matthew Roth*
MATTHEW ROTH
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Phone: 313-226-9186
E-Mail: matthew.roth@usdoj.gov

Dated: July 15, 2013

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:13-cr-20522<br>Judge: Battani, Marianne O.<br>MJ: Komives, Paul J.<br>Filed: 07-15-2013 At 02:23 PM<br>INFO USA V. ADAM PAUL SAVADER (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    X No | AUSA's Initials: MEO |

**Case Title:**   USA v. ADAM PAUL SAVADER

**County where offense occurred:**   Washtenaw

**Check One:**   X Felony   ☐ Misdemeanor   ☐ Petty

_____Indictment/_____Information ---  no prior complaint.
_____Indictment/ XXX Information ---  based upon prior complaint [Case number: 13-30236]
_____Indictment/_____Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 15, 2013
Date

*Mollie E. O'Rourke* (signature)
MOLLIE E. O'ROURKE
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226-3277
Phone:   (313) 226-9137
Fax:   (313) 226-2372
E-Mail address:   mollie.orourke@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09